# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR F 96-5272 LJO |
| Plaintiff, | **ORDER TO RESPOND TO MOTION TO REDUCE SENTENCE** |
| vs. | (Docs. 91, 92.) |
| RONALD CASTANON, | |
| Defendants. | |
| _____ / | |

Defendant Ronald Castanon ("defendant") filed October 24, 2011 papers to seek to reduce his sentence pursuant to 18 U.S.C. § 3582(c)(2) based on what defendant characterizes as the "Newly Enacted 18:1 Crack to Powder Ratio." This Court construes defendant's papers to seek relief under and/or retroactive application of the Fair Sentencing Act ("FSA"), Pub. L. No. 111-220, and emergency, temporary amendments to the U.S. Sentencing Guidelines. As such, this Court:

1. ORDERS the United States, no later than November 23, 2011, to respond to defendant's papers to seek a sentence reduction and to indicate whether the United States will stipulate to a sentence reduction and if so, its proposed sentence reduction; and

2. DIRECTS the clerk to serve this order on Assistant U.S. Attorney Dawrence Rice.

IT IS SO ORDERED.

Dated:   October 28, 2011                    /s/ Lawrence J. O'Neill

1

1                              UNITED STATES DISTRICT JUDGE

2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28