1

2

3

4

5

6

7

8           **IN THE UNITED STATES DISTRICT COURT**

9           **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   UNITED STATES OF AMERICA,                CASE NO. CR F 96-5272 LJO

12                    Plaintiff,              **ORDER TO DENY REQUESTED RELIEF AS**
                                              **MOOT**
13         vs.                                (Doc. 99.)

14   RONALD CASTANON,

15                    Defendants.
                                        /
16

17         This Court's prior order denied defendant Ronald Castanon's requested relief, including sentence

18   reduction.  As such, this Court DENIES as moot the relief requested by defendant's letter dated January

19   14, 2013 and filed January 22, 2013 (doc. 99).

20

21

22         IT IS SO ORDERED.

23   **Dated:   January 24, 2013          /s/  Lawrence J. O'Neill**
                                          UNITED STATES DISTRICT JUDGE
24

25

26

27

28

                                         1