UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:96-cr-05272-DAD |
| Plaintiff-Respondent, | |
| v. | ORDER SETTING BRIEFING SCHEDULE FOR MOTION TO VACATE, SET ASIDE, OR CORRECT A SENTENCE |
| RONALD CASTANON, | |
| Defendant-Movant. | (Doc. No. 104) |

On February 21, 2017, the Ninth Circuit Court of Appeals granted movant Ronald Castanon leave to file a second/successive motion to vacate, set aside, or correct a sentence pursuant to 28 U.S.C. § 2255. (*See* Doc. Nos. 103, 104.) Movant's § 2255 petition was deemed filed on June 23, 2016, per the Ninth Circuit's order. (Doc. No. 103.) On March 6, 2017, movant filed a notice requesting the court defer any ruling on the § 2255 petition for forty-five days to allow counsel time to supplement the petition following the Supreme Court's decision handed down that day in *Beckles v. United States*, ___ U.S. ___, 137 S. Ct. 886 (2017).

Movant's request is granted and he is granted forty-five days from the date of this order to either file a supplemental brief addressing the decision in *Beckles* or notify the court and the government he does not intend to supplement his motion. Thereafter, the government shall have

1

1  thirty (30) days from the date of the movant's filing to file an opposition to the § 2255 motion.
2  Any reply shall be filed within fifteen (15) days of the filing of any opposition by the
3  government.
4  IT IS SO ORDERED.
5  Dated: **April 4, 2017**
6  UNITED STATES DISTRICT JUDGE