**Report and Order Terminating Supervised Release
Prior to Original Expiration Date—Notice of Death**

UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Docket No: 0972 1:96CR05272-001 |
| ) | |
| Ronald Castanon ) | |
| ) | |

On June 9, 1997, the above-named was sentenced to Supervised Release for a period of 10 years. Supervision commenced on December 2, 2016.

On November 3, 2022, this office was notified by the City and County of San Francisco, State of California, Certification of Vital Records that Ronald Castanon was confirmed dead by Dr. Ezequiel Goldschmidt on January 6, 2022 (copy of the notification is on file). It is accordingly recommended this case be closed.

**Respectfully submitted,**                                    **Reviewed by,**

*/s/ Marlene K. DeOrian*                                       */s/ Nicole Wright*

**Marlene DeOrian**                                            **Nicole Wright**
**Supervising United States Probation Officer**                **Supervising United States Probation Officer**

**Dated:** December 9, 2022
Fresno, California
MKD

1

**Re:   Ronald Castanon**
      **Docket Number:    0972 1:96CR05272-001**
      <u>**Report and Order Terminating Supervised Release**</u>
      <u>**Prior to Original Expiration Date—Notice of Death**</u>

## ORDER OF COURT

It appearing that Ronald Castanon is deceased, it is hereby ordered the proceedings in this case be terminated and the case closed.

IT IS SO ORDERED.

   Dated:    <u>December 11, 2022</u>           _____
                                              UNITED STATES DISTRICT JUDGE

(Notification copy on file)

cc:   AUSA (NAME)—Unassigned
      Fiscal Clerk—Clerk's Office

2